# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ESPINOZA, | CV F 03-6635 REC DLB |
| Plaintiff, | ORDER DIRECTING RESERVICE OF DOCUMENTS |
| v. | |
| STEVE RAMER, | |
| Defendants. | |

_____/

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 21, 2004, the Court ordered the Clerk's Office to reserve Documents Numbers 10, 11, 12 and 13 on plaintiff using a corrected inmate booking number **V-25691.** The documents were again returned to the Court. It appears that the incorrect booking number was used.

Accordingly, the Clerk of the Court is DIRECTED to update the Court's service record to indicate that plaintiff's inmate number is **V-25691.** The Clerk is further DIRECTED to reserve document Numbers 10, 11, 12 and 13 using inmate number **V-25691.** Plaintiff is granted 30 days from reservice of the documents to file an amended complaint pursuant to the Court's August 18, 2004 order dismissing the complaint with leave to amend.

IT IS SO ORDERED.

Dated:   **August 12, 2005**                      _____ **/s/ Dennis L. Beck**_____
3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE