IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ESPINOZA,<br><br>           Plaintiff,<br><br>    vs.<br><br>STEVE RAMER, et.al.,<br><br>           Defendants.<br>_____ / | CASE NO. CV-F-03-6635 REC DLB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 22), DISMISSING ACTION FOR FAILURE STATE TO STATE A CLAIM, AND DIRECTING ENTRY OF JUDGMENT FOR DEFENDANTS |

After his original complaint was dismissed for failure to state a cognizable claim for relief, on September 12, 2005, plaintiff proceeding pro se and in forma pauperis, filed an amended complaint alleging civil rights violations pursuant to 42 U.S.C. § 1983.

On January 9, 2006, the Magistrate Judge filed Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the recommendation were to be filed within thirty days. The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1   Accordingly, the Court HEREBY ORDERS:

2   1.   The Findings and Recommendations, issued January 9, 2006, is adopted in full;

3   2.   This action is dismissed for failure to state a claim upon which relief can be granted. This dismissal is without leave to amend be granted because plaintiff was already given the opportunity to file an amended compliant and was unable to cure the deficiencies identified.

3.   The Clerk is directed to enter judgment for defendants.

IT IS SO ORDERED.

**Dated:   February 16, 2006**                     **/s/ Robert E. Coyle**
668554                                              UNITED STATES DISTRICT JUDGE